IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CURTIS BERRING,

      Petitioner,

v.                                            CASE NO. 1:08-cv-242-MMP-AK

WALTER A. MCNEIL,

      Respondent.

_____/

**O R D E R**

      This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, and Doc. 2, Motion for Leave to Proceed IFP, filed by Curtis Berring.  A review of Petitioner's account shows that he has the funds to pay the $5.00 filing fee, as his average monthly deposits for the last six months is $25.00.  He must therefore pay the filing fee, and further consideration of the petition  will be deferred until payment is received.

      Accordingly, it is ORDERED:

      That Petitioner shall have until **December 29, 2008**, to pay the $5.00 filing fee;

      **That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

      **DONE AND ORDERED** this   *24ᵗʰ*  day of November, 2008.


           *s/ A.KORNBLUM*_____
           **ALLAN KORNBLUM**
           **UNITED STATES MAGISTRATE JUDGE**