IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CURTIS BERRING,

    Petitioner,

v.                                                       CASE NO. 1:08-cv-242-MMP-AK

WALTER A. MCNEIL,

    Respondent.
_____/

## **O R D E R**

This matter is before the Court on Doc.9, Respondent's Motion for Extension of Time to File Response. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Respondent shall file his response no later than **April 20, 2009.** Petitioner may file a reply no later than **May 20, 2009.**

**DONE AND ORDERED** this  *9th*  day of March, 2009.

                                                    s/ A. KORNBLUM
                                                    **ALLAN KORNBLUM**
                                                    **UNITED STATES MAGISTRATE JUDGE**