# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

CURTIS BERRING,

    Petitioner,

v.                                                                                  CASE NO. 1:08cv242-MP-GRJ

WALTER A. MCNEIL,

    Respondent.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated. (Doc. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. The petition for habeas corpus (doc. 1) is DENIED.

    3. A certificate of appealability is DENIED.

    **DONE and ORDERED** this 27th day of March, 2012.

                                                        *s/ M. Casey Rodgers*
                                                        **M. CASEY RODGERS**
                                                        **CHIEF UNITED STATES DISTRICT JUDGE**